| PETER C. ANDERSON<br>United States Trustee<br>Dare Law, SBN 155714<br>Trial Attorney<br>OFFICE OF THE UNITED STATES TRUSTEE<br>725 South Figueroa Street, Suite 2600<br>Los Angeles, California 90017<br>(213) 894-4925 Facsimile No. (213) 894-2603<br>e-mail: dare.law@usdoj.gov | FOR COURT USE ONLY    2.3 |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>ERNESTO VIDES and PETRONA VIDES<br>　　　　　　　　　　　　　　　　　Debtor(s) | CHAPTER 11<br><br>CASE NUMBER 2:09-bk-31992 ER |
| **APPLICATION FOR ISSUANCE OF ORDER OF DISMISSING CASE BASED UPON DEBTOR'S FAILURE TO COMPLY WITH PRIOR COURT ORDER; DECLARATION OF GARY BADDIN IN SUPPORT THEREOF** | |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Applicant is the United States Trustee for the Central District of California.

2. Attached hereto is a docket exhibiting entry of the Order in this proceeding on the Court's Status Conference, attached hereto as Exhibit "A". Such Order required the Debtor to comply with certain requirements by a date certain as set forth in said Order. The Order also provide that if the Debtors failed to comply with the Order by the indicated date, without further notice or hearing, this case would be **dismissed case with a one hundred and eighty day restriction against any subsequent filing.**

3. The Debtor was ordered to comply as follows:
   a. [X] Debtor was required to remain in compliance with United States Trustee requirements. Debtors have failed to file any Monthly Operating Reports from the period ending June 01, 2010 to the present.
   b. [ ] Debtor was required to furnish proof of insurance to the United States Trustee by:
   c. [ ] Debtor was required to have her plan of reorganization confirmed no later than_____.
   d. [ ] Debtor was required to pay United States Trustee Quarterly Fees by:
   e. [ ] Other (*Specify*):   [ ] See Attached Page

4. The Debtor has failed to comply with said Order by the date specified therein.

5. Pursuant to said Order, without further notice or hearing, this case may be [x] dismissed with a one hundred and eighty day prohibition against any subsequent refiling   [ ] converted to one under Chapter 7.

6. The books and records of the U.S. Trustee indicate that the Debtor is indebted to the U.S. Trustee in the amount of $654.42 _in payment of Quarterly Fees provided for pursuant to 28 U.S.C. § 1930.

   WHEREFORE, PREMISES CONSIDERED, Applicant prays that this Court issue an Order (Submitted herewith):
   [ x ] dismissing this case with a one hundred and eighty day prohibition against refiling

Dated: March 11, 2011                                    **UNITED STATES TRUSTEE**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name:    Dare Law
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for United States Trustee

## DECLARATION OF GARY BADDIN

I, Gary Baddin, declare and state as follows:

1. I am over the age of eighteen years, and if called upon to testify I could and would do so competently. I am employed as a Bankruptcy Analyst by the Office of the United States Trustee ("OUST") for the Central District of California, in the Los Angeles Field Office. I have been so employed since 1991. I am the Analyst assigned to *In Re Ernesto Vides and Petrona Vides*, ("Debtors") Case No. 2:09-bk-31992-ER. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

2. Debtors filed a voluntary petition on August 18, 2009. On or about September 28, 2009, the OUST filed a motion to convert or dismiss the within case. On December 7, 2009, an order was entered in resolution of said motion. Said order entitled, "Order Resolving Motion To Dismiss Or Convert Case By Continuing Compliance," ("the Order") a true and correct copy of which is attached hereto as Exhibit "1" required Debtors herein to, inter alia, ". . . remain in compliance with United States Trustee's Requirements for chapter 11 debtors in possession." (Id., p. 2). I have reviewed the PACER Docket with respect to the within case as well as the internal records of the OUST, and find that Debtors have failed to file Monthly Operating Reports, as required, for the period June 1, 2010 to present.

3. The Order provided that if Debtors failed to remain in compliance with United States Trustee requirements, the United States Trustee may "submit an application, declaration and proposed order, dismissing this case with a one hundred and eighty (180) day prohibition against any subsequent filing in addition to granting the United States Trustee a judgment for any outstanding United States Trustee quarterly fees."

///
///

2

1       I declare under penalty of perjury that the foregoing facts are known by me to be true and correct and are based upon my personal knowledge, or, if based upon information or belief or other admissible evidence, I declare that said facts are true and correct to the best of my knowledge.

      Executed on March 10, 2011, in Los Angeles, California.

/s/ Gary Baddin
_____
Gary Baddin

# Exhibit "1"

# Exhibit "1"

```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  JILL M. STURTEVANT, State Bar No. 089395
    ASSISTANT UNITED STATES TRUSTEE
 3  Dare Law, State Bar No. 155714
    TRIAL ATTORNEY
 4  OFFICE OF THE UNITED STATES TRUSTEE
    725 South Figueroa Street, Suite 2600
 5  Los Angeles, California 90017-5418
    (213) 894-4925 telephone
 6  (213) 894-2603 facsimile
    Email: dare.law@usdoj.gov
 7
```

**FILED & ENTERED**

DEC 07 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-bk-31992 ER |
| ERNESTO VIDES and PETRONA VIDES | Chapter 11 |
| Debtors. | ORDER RESOLVING MOTION TO DISMISS OR CONVERT CASE BY CONTINUING COMPLIANCE |
| | Date: December 3 ~~November 05~~, 2009<br>Time: 11:00 a.m.<br>Ctrm: 1568 |

This matter was set for hearing at the above date and time on the United States Trustee's Motion to Dismiss Case under 11 U.S.C. Section 1112(b) of the Bankruptcy Code. The Court having considered the Debtor's record in this case and for the reasons set forth on the record, it is hereby

///
///
///
///
///

1

1  **ORDERED THAT** Debtor shall remain in compliance with United
2  State Trustee's Requirements for chapter 11 debtors in possession.
3  In the event that Debtor is not in compliance with United States
4  Trustee requirements, the United States Trustee may submit an
5  application, declaration and proposed order, dismissing this case
6  with a one hundred and eighty (180) day prohibition against any
7  subsequent filing in addition to granting the United States
8  Trustee a judgment for any outstanding United States Trustee
9  quarterly fees.

# # #

DATED: December 7, 2009

_____
United States Bankruptcy Judge

2

| In re: | ERNESTO VIDES and PETRONA VIDES. | CHAPTER | 11 |
|---|---|---|---|
| | Debtor(s) | CASE NUMBER | 2:09-bk-31992 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: ORDER RESOLVING MOTION TO DISMISS OR CONVERT CASE BY CONTINUING COMPLIANCE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 02, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 02, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**
The Honorable Ernest M. Robles
255 E. Temple Street, Courtroom 1568
Los Angeles, CA  90012

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 02, 2009 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                **F 9021-1.1**

| In re: ERNESTO VIDES and PETRONA VIDES. | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:09-bk-31992 ER |

**ADDITIONAL SERVICE INFORMATION**

SERVED BY U.S. MAIL OR OVERNIGHT MAIL

DEBTOR
Ernesto Vides
Petrona Vides
737 Sandia Avenue
La Puente, CA 91746

DEBTORS' ATTORNEY
Giovanni Orantes
Orantes Law Firm
3435 Wilshire Blvd 27th Fl
Los Angeles, CA 90010

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

4

| In re: | ERNESTO VIDES and PETRONA VIDES. | CHAPTER | 11 |
|---|---|---|---|
| | Debtor(s) | CASE NUMBER | 2:09-bk-31992 ER |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER RESOLVING MOTION TO DISMISS OR CONVERT CASE BY CONTINUING COMPLIANCE

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| In re: | ERNESTO VIDES and PETRONA VIDES. | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-31992 ER |

**ADDITIONAL SERVICE INFORMATION**
**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Darlene C Vigil - darlenev@bdftw.com
Michael A Cisneros - mcisneros@mac.com
Dare Law - dare.law@usdoj.gov
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Giovanni Orantes - go@gobklaw.com – (Debtor's Attorney)
Ramesh Singh - claims@recoverycorp.com
Jennifer C Wong - bknotice@mccarthyholthus.com

SERVED BY U.S. MAIL OR OVERNIGHT MAIL

DEBTOR
Ernesto Vides
Petrona Vides
737 Sandia Avenue
La Puente, CA 91746

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: **APPLICATION FOR ISSUANCE OF ORDER OF DISMISSING CASE BASED UPON DEBTOR'S FAILURE TO COMPLY WITH PRIOR COURT ORDER; DECLARATION OF GARY BADDIN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 11, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 11, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 11, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin Outside Suite 1560 for the Honorable Ernest Robles.**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 11, 2011 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael A Cisneros    mcisneros@mac.com
- Eric D. Houser    scleere@houser-law.com
- Dare Law    dare.law@usdoj.gov
- David F Makkabi    cmartin@pprlaw.net
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Yuri Voronin    yvoronin@lawyer.com
- Jennifer C Wong    bknotice@mccarthyholthus.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
**Ernesto Vides**
**Petrona Vides**
737 Sandia Avenue
La Puente, CA 91746

**Debtor's Counsel:**
**Giovanni Orantes**
Orantes Law Firm
3435 Wilshire Blvd Ste 1980
Los Angeles, CA 90010

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F.9013-3.1.PROOF.OF.SERVICE

11