PETER C. ANDERSON
UNITED STATES TRUSTEE
Dare Law, SBN 155714
Trial Attorney
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA  90017
Tel: (213) 894-4925
Fax: (213) 894-2603
e-mail:  dare.law@usdoj.gov

**FILED & ENTERED**

APR 01 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-BK-31992 ER<br>Chapter 11 |
| ERNESTO VIDES and PETRONA VIDES<br><br>Debtors. | ORDER GRANTING THE UNITED STATES TRUSTEE'S APPLICATION TO DISMISS WITH RESTRICTIONS BASED ON DEBTOR'S FAILURE TO COMPLY WITH COURT'S PRIOR ORDER<br><br>Date:  [NO HEARING REQUIRED<br>Time:<br>Ctrm: 1568 |

The Court having considered the United States Trustee's Application for Issuance of Order ~~of Conversion~~ Dismissing Case Based upon Debtor's Failure to Comply with Prior Court Order and the Debtor's record in this case, it is hereby

ORDERED that the case is dismissed with a one hundred and eighty day prohibition against any subsequent refiling.

# # #

DATED: April 1, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 725 South Figueroa Street, Suite 2600, Los Angeles, CA 90017

The foregoing document ORDER GRANTING THE UNITED STATES TRUSTEE'S APPLICATION TO DISMISS CASE WITH RESTRICTIONS BASED ON DEBTOR'S FAILURE TO COMPLY WITH COURT'S PRIOR ORDER will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: NONE

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___March 11, 2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Debtor**
**Ernesto Vides**
**Petrona Vides**
**737 Sandia Avenue**
**La Puente, CA 91746**

**Attorney for Debtor**
**Giovanni Orantes**
**Orantes Law Firm**
**3435 Wilshire Blvd Ste 1980**
**Los Angeles, CA 90010**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _03/11/11_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**Personal Delivery:**
The Honorable Ernest M. Robles, U.S. Bankruptcy Judge
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1568  Drop Bin
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/11/11 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

**In re ERNESTO VIDES and PETRONA VIDES**
Ch. 11 Case No. 2:09-bk-31992 ER

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) *ORDER GRANTING THE UNITED STATES TRUSTEE'S APPLICATION TO DISMISS WITH RESTRICTIONS BASED ON DEBTOR'S FAILURE TO COMPLY WITH COURT'S PRIOR ORDER* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   March 11, 2011  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached page

**SERVICE LIST FOR ENTERED ORDER**

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| • Michael A Cisneros  mcisneros@mac.com<br>• Eric D. Houser   scleere@houser-law.com<br>• Dare Law   dare.law@usdoj.gov<br>• David F Makkabi  cmartin@pprlaw.net<br>• Giovanni Orantes   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com<br>• Ramesh Singh  claims@recoverycorp.com<br>• United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov<br>• Darlene C Vigil  cdcaecf@bdfgroup.com<br>• Yuri Voronin   yvoronin@lawyer.com<br>• Jennifer C Wong  bknotice@mccarthyholthus.com | Debtor<br>Ernesto Vides<br>Petrona Vides<br>737 Sandia Avenue<br>La Puente, CA 91746 |